UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62350-CIV-SMITH

M&M PRIVATE LENDING GROUP, LLC,

    Plaintiff,

v.

M/Y CIAO BELLA, *et al.*,

    Defendants.

_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

On September 3, 2020, Magistrate Judge Alicia O. Valle submitted a Report and Recommendation to the District Judge [DE 55]. Subsequently, the Court ordered the parties to inform the Court, no later than September 8, 2020, if they intend to file objections to the Report and Recommendation. (*See* DE 56.) None of the parties filed such a notice. Therefore, upon consideration, it is

**ORDERED** that the Report and Recommendation [DE 55] is **AFFIRMED AND ADOPTED**:

    1. Plaintiff's Motion for Bill of Costs [DE 40] is **GRANTED IN PART AND DENIED IN PART**, to award Plaintiff $750.23 in costs;

    2. Plaintiff's Motion for Award of *Custodia Legis* Expenses [DE 42] is **GRANTED IN PART AND DENIED IN PART**, to award *custodia legis* expenses of $71,412.38 incurred through February 14, 2020. Plaintiff may bid the amount awarded in lieu of cash at the sale. Plaintiff's request for additional unspecified custodial fees is denied without prejudice to refile with appropriate supporting documentation; and

3. Plaintiff's Motion for Attorney Fees [DE 50] is **GRANTED**, and Plaintiff is awarded $17,430 in attorney's fees.

4. Any motions not otherwise ruled on are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of September, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record